169 A.3d 978

U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR THE RMAC PASS-THROUGH TRUST, SERIES 2013-B, PLAINTIFF-RE-SPONDENT, v. GLEN PALIFRONE, DEFENDANT, AND MI-CHELE L. SCHETTINO, DEFENDANT-PETITIONER.

June 15, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004947–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

169 A.3d 979

MOON LANDSCAPING, INC., PLAINTIFF-RESPONDENT, v. BURRIS CONSTRUCTION COMPANY, INC., DEFENDANT-PETITIONER.

June 15, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002844–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.